FILED
April 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )       Case No. CR S-06-0143 WBS
              Plaintiff,             )
                                     )
v.                                   )       ORDER FOR RELEASE OF
                                     )       PERSON IN CUSTODY
NATALIE SHAZETTE REED,               )
                                     )
              Defendant.             )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATALIE SHAZETTE REED , Case No. CR S-06-0143 WBS , Charge  18 USC §§ 287 and 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

           ___  Unsecured Appearance Bond $ _____

           ___  Appearance Bond with 10% Deposit

           ___  Appearance Bond with Surety

           ___  Corporate Surety Bail Bond

    X    (Other)   _With Pretrial Services Supervision on conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 11, 2006  at  3:05 p.m. .

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal