DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NATALIE SHAZETTE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0143 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | STATUS CONFERENCE, CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| NATALIE SHAZETTE REED, ) | |
| ) | Date:  June 14, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for NATALIE SHAZETTE REED, that the status conference now scheduled for June 14, 2006, be vacated, and the matter continued until June 28, 2006, at 9:00 a.m. for change of plea.

    The court is advised that an oral understanding between the parties resolving this case has been reached.  Preparation and review of a written plea agreement is required before entry of a change of plea can be accomplished.  June 28th is agreed to between counsel based upon consideration of the schedules of counsel.

    IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation on June 13,
2  2006, until June 28, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(A) &
3  (B)(iv), Local Code T-4.
4       IT IS SO STIPULATED.
5  Dated:  June 13, 2006            /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
6                                   Assistant Federal Defender
                                    Attorney for Defendant
7                                   NATALIE SHAZETTE REED

8  Dated:  June 13, 2006            /S/ Jeffrey L. Staniels for
                                    SAMANTHA S. SPANGLER
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff
10

11
                              **O R D E R**
12
        IT IS SO ORDERED.
13
                   By the Court,
14
   June 13, 2006
15

16                         _William B. Shubb_
                           WILLIAM B. SHUBB
17                         UNITED STATES DISTRICT JUDGE

Stipulation & Order Setting
Dates and Excluding Time           -2-