```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NATALIE SHAZETTE REED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>NATALIE SHAZETTE REED,<br><br>     Defendant.<br>_____ | No. 2:06-cr-0143 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING CASE<br><br>Date:  October 18, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for NATALIE SHAZETTE REED, that the status (for judgment and sentencing) conference now scheduled for September 13, 2006, be vacated, and the matter continued until October 18, 2006, at 9:00 a.m. for judgment and sentencing.

This continuance is sought because of delay in accomplishing the presentence report interview which was caused by communications difficulties due to counsel's confusion about Ms. Reed's work schedule and telephone availability.  That interview has now been conducted.

1   October 18th is agreed to between counsel based upon consideration of
2   the schedules of counsel.
3       IT IS SO STIPULATED.

4
Dated:  August 14, 2006            /S/ Jeffrey L. Staniels
5                                  JEFFREY L. STANIELS
                                   Assistant Federal Defender
6                                  Attorney for Defendant
                                   NATALIE SHAZETTE REED
7

8

9   Dated:  August 14, 2006          /S/ Jeffrey L. Staniels for
                                    SAMANTHA S. SPANGLER
10                                  Assistant United States Attorney
                                    Counsel for Plaintiff
11

12
                              **O R D E R**
13
        IT IS SO ORDERED.
14
                    By the Court,
15
August 15, 2006
16

17                       /s/ William B. Shubb

18                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation & Order Resetting
Sentencing Date                    -2-