```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    NATALIE SHAZETTE REED
 7

 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      ) No. 2:06-cr-0143 WBS
                                   )
13            Plaintiff,           )
                                   ) STIPULATION AND [PROPOSED] ORDER
14       v.                        ) RECALENDARING DATE FOR APPEARANCE
                                   ) ON SUPERVISED RELEASE PETITION
15  NATALIE SHAZETTE REED,         )
                                   ) Date:  February 22, 2008
16            Defendant.           ) Time:  9:00 a.m.
                                   ) Judge: Hon. William B. Shubb
17  _____)

18

19       IT IS HEREBY STIPULATED by and between Assistant United States

20  Attorney Samantha Spangler, Counsel for Plaintiff, and Assistant

21  Federal Defender Jeffrey Staniels, counsel for NATALIE SHAZETTE REED,

22  that the initial appearance/status conference with regard to the

23  petition alleging violations of supervised release which had been

24  scheduled for February 11, 2008, and at which Ms. Reed inadvertently

25  / / / /

26  / / / /

27  / / / /

28  / / / /
```

1  failed to appear be recalendared for March 3, 2008, at 8:30 a.m. for
2  her initial appearance.
3
4       IT IS SO STIPULATED.
5
6  Dated:   February 22, 2008          /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
7                                      Attorney for Defendant
                                       NATALIE SHAZETTE REED
8
9
10 Dated:   February 22, 2008          /S/ Jeffrey L. Staniels for
                                       SAMANTHA S. SPANGLER
11                                     Assistant United States Attorney
                                       Counsel for Plaintiff
12
13
                              **O R D E R**
14
       IT IS SO ORDERED.
15
                         By the Court,
16
February 25, 2008
17

18  _____
    WILLIAM B. SHUBB
19  UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order Resetting
Appearance Date                   -2-