# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**NATALIE SHAZETTE REED** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:06CR00143-01**<br><br>Jeffrey Staniels, Asst. Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) __1__ as alleged in the violation petition filed on __1/25/2008__ .
[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of a Controlled Substance | 12/19/2007 and 12/26/2007 |

The court: [ ] revokes: [✔] modifies: [✔] continues supervised release under the same terms and conditions heretofore ordered on 8/13/2007, with a modification as follows: The defendant shall participate in and complete the Center for Corrections Alternative Programs (CCAP) for 90 consecutive days, to commence as directed by the probation officer, including 24 hours of community service, and shall pay the costs as determined by the program administrator up to a maximum of $25 per day.  The defendant shall follow the rules and regulations of the CCAP.  While placed in the CCAP program, the defendant shall comply with the conditions of home detention, including electronic monitoring, as previously imposed by this court.     All other conditions of supervised release shall remain in effect.

The defendant is sentenced as provided in pages 1 through _1_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charge(s) __2__ is/are dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 3, 2008
Date of Imposition of Judgment

*/s/ William B. Shubb*
Signature of Judicial Officer

**William B.  Shubb, United States District Judge**
Name & Title of Judicial Officer

March 7, 2008
Date